| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT IN ADMIRALTY |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER  Curtis Warner    DATE: 12/5/07 3:00 |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:
AUSTRIAN AIRLINES - Mike Steinlein (authorized agent)

Place where served:
JFK Airport, Bldg 56, Term 1, Jamaica, NY 11434

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 38  HEIGHT: 5'7  WEIGHT: 180  SKIN: White  HAIR: black  OTHER: mustache

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12/5/2007            CWm_____ L.S. 87667
                 SIGNATURE OF OUT OF STATE
                 GUARANTEED SUBPOENA SERVICE, INC.
                 2009 MORRIS AVENUE
                 UNION, NJ 07083

ATTORNEY: JAMES W. CARBIN
PLAINTIFF: ANDREW & SUZANNE CO., INC.
DEFENDANT: AUSTRIAN AIRLINES, ET ALS.
VENUE: SOUTHERN DISTRICT OF NEW YORK
DOCKET: 07 CV 10613 (JGK)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.