HARNIK WILKER & FINKELSTEIN LLP
Ira A. Finkelstein (IF 0727)
Stephen M. Harnik (SH 9889)
Olympic Tower
645 Fifth Avenue
Suite 703
New York, New York 10022-5937
(212) 599-7575
finkelstein@harnik.com
Stephen@harnik.com

Attorneys for Defendant
Austrian Airlines

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW & SUZANNE CO., INC., | ) |
| Plaintiff, | ) 07 cv 10613 (JGK) (ECF Case) |
| vs. | ) RULE 7.1 DISCLOSURE STATEMENT |
| AUSTRIAN AIRLINES, INTERLOGISTICA LTD., AND EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., | ) |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Austrian Airlines certifies that Austrian Airlines has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       January 31, 2008

HARNIK WILKER & FINKELSTEIN LLP

By _____/s/_____
    Ira A. Finkelstein (IF 0827)
    A Member of the Firm

Olympic Tower
645 Fifth Avenue
Suite 703
New York, New York 10022-5937
(212) 599-7575

Attorneys for Defendant
Austrian Airlines