**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDREW & SUZANNE CO., INC.

Plaintiff,

-v-

AUSTRIAN AIRLINES, INTERLOGISTICA, LTD. and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.

☒ Defendant.

Case No. 07 civ. 10613 (JGK)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

SEE ATTACHED ENTITY CHART

**Date:** February 29, 2008

**Signature of Attorney**

JAMES P. KRAUZLIS, Esq.

**Attorney Bar Code:** JK-4972



Expeditors International of Washington, Inc. — Entity Chart as of February 29, 2008