UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW & SUZANNE CO., INC.                          Plaintiff,

-v-

AUSTRIAN AIRLINES,
INTERLOGISTICA, LTD. and
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.                                    Defendant.

Case No. 07 civ. 10613 (JGK)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

INTERLOGISTICA, LTD.                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE KNOWN

**Date:** February 29, 2008

**Signature of Attorney**
JAMES P. KRAUZLIS, ESY.

**Attorney Bar Code:** JK-4972