# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

JAMES W. CARBIN
DIRECT DIAL: 973.424.2035
E-MAIL: JWCarbin@duanemorris.com

www.duanemorris.com

July 17, 2008

**VIA FEDEX**

Hon. John G. Koeltl, U.S.D.J.
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

*[Handwritten: Application granted. The parties should submit a revised scheduling order by 7/25/08. So ordered. JGKoeltl U.S.D.J. 7/23/08]*

Re: Andrew & Suzanne Co. Inc. v. Austrian Airlines, et. al.
Civil Action No.: 1:07-cv-10613-JGK
Our File No: K0133-00022

Dear Judge Koeltl:

We are counsel for Plaintiff Andrew & Suzanne Co., Inc. in the captioned matter.

The parties jointly request an extension of the July 31, 2008, Discovery deadline for a period of sixty (60) days. The parties have been engaged in Discovery and some preliminary settlement discussions but due to the international nature of the transit involved and various scheduling conflicts as well as vacation schedules of counsel we will not be able to complete the planned Discovery by the deadline. The additional time will permit the Discovery remaining to conclude in a reasonable manner and permit the parties to engage in a meaningful settlement exchange.

This request is made on behalf of all parties.

Thank you in advance for you courteous cooperation, we are.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

Sincerely,

James W. Carbin /TM

James W. Carbin

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP                    WALTER J. GREENHALGH, RESIDENT PARTNER

744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889                           PHONE: 973.424.2000   FAX: 973.424.2001
DM1\1364748.1

DuaneMorris

Hon. John G. Koeltl, U.S.D.J.
July 17, 2008
Page 2

JWC:tmr

cc:     Ira Finklestein, Esq.          (via e-mail)
        James P. Krauzlis, Esq.        (via e-mail)

DM1\1364748.1