USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW & SUZANNE CO., INC., <br> Plaintiff, <br><br> v. <br><br> AUSTRIAN AIRLINES, INTERLOGISTICA LTD, and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Defendants. | Civil Action No. 07-CV-10613 (JGK) <br><br><br> **Revised Scheduling Order** |

**JOHN G. KOELTL, District Judge:**

Pursuant to Fed. R. Civ. P. 16(b) the Court hereby orders that the Scheduling Order entered March 14, 2008, is amended as follows:

**Discovery**: Except for good cause shown, all discovery shall be commenced in time to be completed by 9/30/08. The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion of discovery.

**Dispositive Motions**: Dispositive motions, if any, are to be completed by 10/15/08. The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and the submit one fully briefed set of courtesy copies to the Court.

**Pretrial Order/Motions in Limine**: A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by 11/12/08. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

DM1\1368188.1



**Trial**: The parties shall be ready for trial 48 hours notice on or after 11/21/08. The estimated trial time is 2 days, and this is a non-jury trial.

**SO ORDERED.**

**Dated: New York, New York**

7/25/08

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE